PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Nabil Salim Saadi                          Cr.: 00-00112-001
                                                             PACTS #: 25756

Name of Sentencing Judicial Officer: John W. Bissell

Date of Original Sentence: 4/24/01

Original Offense: Conspiracy to Distribute Ecstacy 21 U.S.C. 841 (b) (1) (C)

Original Sentence: 83 months custody followed by 3 years supervised release
Special Conditions: no new debt, financial disclosure, $12,500 fine

Type of Supervision: Supervised Release         Date Supervision Commenced: 4/11/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The offender failed to pay his fine in full before the expiration of his term of supervision."** |
| | He has paid a total of $6,976 towards his $12,500 fine. An interest rate of 4.04% was accruing on the fine amount, resulting in a current balance of $9,219.92. The offender has attempted to make payments to the best of his ability toward his financial obligations and has been in compliance with the conditions of supervision. |

U.S. Probation Officer Action:
Requesting to allow the term of supervised release to expire with an outstanding balance

Respectfully submitted,
By: Erika M. Arnone
U.S. Probation Officer
Date: 4/6/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

PROB 12A - Page 2
Nabil Salim Saadi

_____
Signature of Judicial Officer

4/16/2010
_____
Date